# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHARON WISE,

          Petitioner

          v.

HUNTINGDON COUNTY HOUSING
DEVELOPMENT CORPORATION,
HOUSING AUTHORITY OF THE COUNTY
OF HUNTINGDON, CHESTNUT TERRACE
RESIDENT'S ASSOCIATION AND
WEATHERIZATION INC., A NON PROFIT
CORPORATION D/B/A HUNTINGDON
COUNTY HOUSING SERVICES,
          Respondents

:  No. 404 MAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2019, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by Petitioner is:

> Whether the Commonwealth Court, in affirming the Huntingdon County Trial
> Court's grant of Summary Judgment, has unwarrantedly expanded sovereign
> immunity under 42 Pa.C.S.A. § 8521 et. seq., and hence, continued the dwindling
> applicability of the real estate exception under 42 Pa.C.S.A. § 8522(b)(4) to a
> dangerous level in its continued disregard of the legislative intent of the Sovereign
> Immunity Act and enumerated exceptions, and also advances existing conflict and
> confusion within an already unclear legal history?